HEARING DATE AND TIME: **January 10, 2019 at 9:30 AM**
OBJECTION DEADLINE: **January 3, 2019 at 4:00 PM**

Deborah B. Koplovitz, Esq.
ANDERSON KILL P.C.
1251 Avenue Of The Americas, 42nd Floor
New York, New York 10020
(212) 278-1000
*Attorneys for Ninel Baker*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> MARCIA CAMPBELL, <br><br> *Debtor*. | Chapter 7 <br><br> Case No. 17-13518 (CGM) |

**NOTICE OF MOTION OF NINEL BAKER PURSUANT
TO SECTIONS   11 U.S.C.§§ 724-725 THE BANKRUPTCY CODE
ESTABLISHING THE AMOUNT OF NINEL BAKER'S CLAIM AND DIRECTING THE
TRUSTEE TO PAY NINEL BAKER ON HER CLAIM NUMBER 2 AND JOINDER TO
THE APPLICATION OF 3939 WHITE PLAINS ROAD FUNDING**

**PLEASE TAKE NOTICE** that annexed hereto is a true copy of a motion entitled

"APPLICATION OF NINEL BAKER PURSUANT TO SECTIONS   11 U.S.C.§§ 724-725

THE BANKRUPTCY CODE ESTABLISHING THE AMOUNT OF NINEL BAKER'S CLAIM

AND DIRECTING THE TRUSTEE TO PAY NINEL BAKER ON HER CLAIM NUMBER 2

AND JOINDER TO THE APPLICATION OF 3939 WHITE PLAINS ROAD FUNDING" (the

"Motion"), which will be heard before the Honorable Cecilia G. Morris, Chief United States

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004 on

January 10, 2019 at 9:30 AM.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be filed with the Court and served on the undersigned counsel so as to be received no later than January 3, 2019 at 4:00 PM (New York).

Dated: December 19, 2018
      New York, New York

                        Yours, etc.,

                        ANDERSON KILL P.C.

                        By: /s/ Deborah B. Koplovitz
                            Deborah B. Koplovitz
                        Attorneys for Ninel Baker
                        1251 Avenue of the Americas, 42nd Floor
                        New York, New York 10020
                        Tel: (212) 278-1000